UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, as subrogee of Apple Tree Construction, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MUELLER INDUSTRIES, INC., et al.,<br><br>Defendants. | NO: 1:19-CV-3166-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the Plaintiff's Notice of Voluntary Dismissal of Case, ECF No. 11. Having reviewed the Notice and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal of Case, **ECF No. 11**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **without prejudice**.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

| | |
|---|---|
| 1 | **IT IS SO ORDERED**. The District Court Clerk is directed to enter this |
| 2 | Order, provide copies to counsel, and **close this case**. |
| 3 | **DATED** October 9, 2019. |

                                          *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                     United States District Judge